Exhibit 5



HOMEPAGE | ABOUT US | NEW PRODUCTS | PRODUCTS | TRADE SHOW | CONTACT US

SEARCH

Totals 69 Pages 1/14

FIRST | PREVIOUS | NEXT | LAST | 1 ▼

- HL-WL2061
- HL-WL2070
- HL-WL2076
- HL-WL2079
- HL-WL2087

SEARCH

# Working lamp

**ITEM: HL-WL2070**

| Item Code | HL-WL2070 |
|---|---|
| Material/Des | LED worklight with 360 Poting head with Magnet and Hook |
| Battery | 4xAAA battery not included |
| Bulb type | 2pcs 1 Watt + 14pcs SMD |
| Packing | Color box |
| Feature | Water proof / IP44 |
| Color available | Black/Red /blue /green... |
| Certificates: | CE / ROHS |

BACK





360°

180°





HL-WL2070

Working lamp

www.highlite.cn © 2009  E-MAIL: info@highlite.cn

浙ICP备07027756号

Manage