# Affidavit of Process Server

## United States District Court for the Easter District of Pennsylvania
(NAME OF COURT)

| Streamlight, Inc | vs | NINGBO Highlite Technical Co., LTD | Civil Action NO. 15-1524 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **Angelina Alicea**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served **NINGBO HIGHLITE TECHNICAL CO., LTD**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons and Complaint**

by leaving with _____ At _____
NAME / RELATIONSHIP

☐ Residence _____
☐ Business  ADDRESS: **1 Lawrence Drive**   CITY/STATE: **Princeton, New Jersey 08540**

On **4/7/2015** AT **11:08 AM**

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☒ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

Service Attempts: Service was attempted on: (1) ___ DATE ___ TIME (2) ___ DATE ___ TIME

(3) ___ DATE ___ TIME (4) ___ DATE ___ TIME (5) ___ DATE ___ TIME

Description: Age___ Sex___ Race___ Height___ Weight___ Hair___ Beard___ Glasses___

_Signature_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **7th** day of **April**, 20**15**, by **Angelina Alicea**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Juanita M. Alicea_
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **Pennsylvania**

**C&E Process Service**
1341 N. Delaware Avenue
Philadelphia, PA 19125
(215) 739-7050

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JUANITA M. ALICEA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 7, 2017